AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:23-M -00924(1) |
| | § |
| (1) Hui Nie | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 08, 2023** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title     **19**     United States Code, Section(s)     **1459(a)**

.

I further state that I am a(n) _ and that this complaint is based on the following facts: *"On March 8, 2023, Defendant NIE, Hui, entered the United States illegally by Wading across the Rio Grande River from Mexico to Eagle Pass, Texas and failed to report to immigration officials at an official Port of entry to avoid scrutiny by officers at the port of entry. NIE was apprehended within fourteen days of entry after crossing the Rio Grande River and provided a statement to Immigration officials in which she admitted that she*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ FLORES-III, SANTOS
Signature of Complainant
FLORES-III, SANTOS

03/14/2023
File Date

at   DEL RIO, Texas
City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                    Case Number: DR:23-M -00924(1)

(1) Hui Nie

**Continuation of Statement of Facts:**

entered the United States illegally. Subject was apprehended on March 8, 2023, near Eagle Pass, Texas located within the Western District of Texas."

_____                    /s/ FLORES-III, SANTOS_____
Signature of Judicial Officer                         Signature of Complainant