# United States District Courts
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| (1) Hui Nie | Case Number: DR:23-M -00924(1) |

**To: The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest (1) Hui Nie
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description)

*On March 8, 2023, Defendant NIE, Hui, entered the United States illegally by Wading across the Rio Grande River from Mexico to Eagle Pass, Texas and failed to report to immigration officials at an official Port of entry to avoid scrutiny by officers at the port of entry. NIE was apprehended within fourteen days of entry after crossing the Rio Grande River and provided a statement to Immigration officials in which she admitted that she entered the United States illegally. Subject was apprehended on March 8, 2023, near Eagle Pass, Texas located within the Western District of Texas.*

in violation of Title    **19**    United States Code, Section(s)    **1459(a)**

| | |
|---|---|
| COLLIS WHITE | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | March, 14, 2023 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _____ by _____
                                                                Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| **Date Received** March 14, 2023 | **Name and Title of Arresting Officer** | **Signature of Arresting Officer** |
| **Date of Arrest** March 08, 2023 | FLORES-III, SANTOS Border Patrol Agent | /s/ FLORES-III, SANTOS |