UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**

MAR 23 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | § | Cause No.: |
|---|---|---|
| v. | § § § § | **INFORMATION** |
| HUI NIE | § § § | [Violation: 19 U.S.C. § 1459(a), Failure to Comply with Reporting Requirements.] |

THE UNITED STATES ATTORNEY CHARGES:

**DR23CR0894**

COUNT ONE
[19 U.S.C. § 1459(a)]

On or about March 8, 2023, in the Western District of Texas, the Defendant,

HUI NIE,

intentionally and knowingly entered the United States at a place not designated as a border crossing point, and did not immediately report said arrival and present himself and all articles in his possession for inspection, in violation of Title 19, United States Code, Section 1459(a).

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: _____
JAMES T. WARD
Assistant United States Attorney